UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN ROBINSON,

        Plaintiff,                      Case Number 17-11022
v.                                        Honorable David M. Lawson

ACCU-SHAPE DIE CUTTING, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

On January 17, 2018, the parties informed the Court by email that they had reached a final settlement of all claims in the case. The Court therefore will dismiss the case.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the case to enforce the settlement agreement **on or before February 19, 2018**.

It is further **ORDERED** that the plaintiff's motion to amend [23] and the defendant's motion for summary judgment [24] are **DISMISSED** as moot.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated:   January 19, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 19, 2018.

                                      s/Susan Pinkowski
                                      SUSAN PINKOWSKI